PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER TERMINATION FROM SUPERVISION

| | |
|---|---|
| **Offender Name:** | John JAKOBCIC |
| **Docket Number:** | 2:03CR00287-01 |
| **Offender Address:** | Alta Loma, California (San Bernardino County) |
| **Judicial Officer:** | Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 12/07/2004 |
| **Original Offense:** | 18 USC 1347, 2 - Health Care Fraud, Aiding and Abetting (CLASS C FELONY) |
| **Original Sentence:** | 24 months custody Bureau of Prisons; 36 months Term of Supervised Release; $463,000.00 restitution; $100 special assessment |
| **Special Conditions:** | Search and seizure; Shall not dissipate assets; Financial disclosure; No new debt or credit; Shall not be employed in any capacity where the business receives reimbursement from a federal or state agency. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 10/27/2006 |
| **Assistant U.S. Attorney:** | Daniel S. Linhardt   **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Mark A. Reichel<br>Assistant Federal Defender   **Telephone:** (916)498-5700 |
| **Other Court Action:** | None |

**RE:**     **John JAKOBCIC**
           **Docket Number:   2:03CR00287-01**
           **REPORT OF OFFENDER**
           **TERMINATION FROM SUPERVISION**

The purpose of this report is to advise the Court of the following:

The releasee is currently being supervised by the Central District of California Probation Office. The releasee has paid $21,401.15 toward restitution and has a balance owing of $441,598.85. Supervision is set to expire on October 26, 2009. The releasee has been consistent in making payments each month commensurate with his ability to pay. The releasee's income has remained stable and he is in compliance with all other conditions of his release.

The supervising probation officer respectfully recommends that his case be allowed to terminate upon expiration. The Financial Litigation Unit of the Office of the United States Attorney will pursue collection of the remaining balance of restitution. Per statute, no further Term of Supervised Release is authorized.

Should Your Honor have any questions or require additional information, I can be contacted at the phone number (916) 786- 2947.

                              Respectfully submitted,

                              /s/ Richard A. Ertola

                         **RICHARD A. ERTOLA**
                 **Supervising United States Probation Officer**
                      Telephone:  (916) 786-2947

**DATED:**     June 11, 2009
              Roseville, California
              RAE:jc

**RE:**   John JAKOBCIC
         Docket Number:   2:03CR00287-01
         **REPORT OF OFFENDER**
         **TERMINATION FROM SUPERVISION**

---

**THE COURT ORDERS:**

(XX)   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(  )   Submit a Request for Modifying the Conditions or Term of Supervision.

(  )   Submit a Request for Warrant or Summons.

(  )   Other:

Dated:  June 17, 2009

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**


cc:   United States Probation
      Daniel S. Linhardt, Assistant United States Attorney
      Mark A. Reichel, Assistant Federal Defender

3